# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAMIEN KYTRELL FORD,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 82728

**FILED**

APR 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion seeking successive petition authorization." Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Because no statute or court rule permits an appeal from an order denying a "motion seeking successive petition authorization," this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. Tierra Danielle Jones, District Judge
        Damien Kytrell Ford
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

21-11739